| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
|   | Federal Defender |
| 2 | MARC C. AMENT, Bar #59080 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
|   | Telephone: (559) 487-5561 |

Attorney for Defendant
CARLOS MARVIN RAMOS-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|  | ) | No. 1:08-cr-0133 OWW |
| Plaintiff, | ) | |
|  | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE HEARING; ORDER THEREON |
|  | ) | |
| CARLOS MARVIN RAMOS-GOMEZ, | ) | Date: July 21, 2008 |
|  | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Honorable Oliver W. Wanger |
|  | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in the above-entitled matter now set for July 7, 2008, **may be continued to July 21, 2008, at 9:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for plea negotiations and defense preparation.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

///

///

///

|  |  |
|---|---|
| 1 | McGREGOR W. SCOTT |
| 2 | United States Attorney |
| 3 | DATED: July 2, 2008           By:    /s/   Ian Garrizues |

```
                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: July 2, 2008             By:     /s/   Ian Garrizues
                                        IAN GARRIQUES
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff



                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: July 2, 2008             By:     /s/  Marc C. Ament
                                        MARC C. AMENT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Carlos Marvin Ramos-Gomez
```

### ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   July 3, 2008**          /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE