DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CARLOS MARVIN RAMOS-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARLOS MARVIN RAMOS-GOMEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:08-cr-00133 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON <br><br> Date:  July 28, 2008 <br> Time:  1:30 p.m. <br> Judge: Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in the above-entitled matter now set for July 21, 2008, **may be continued to July 28, 2008, at 1:30 p.m.**

This continuance is requested by counsel for defendant to allow defense preparation and consideration of offer expected to be made soon.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant

////

////

////

////

///

1  in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
2  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: July17, 2008            By:    /s/   Ian Garriques
                                      IAN GARRIQUES
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: July 17, 2008           By:    /s/  Marc C. Ament
                                      MARC C. AMENT
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      Carlos Marvin Ramos-Gomez


**ORDER**

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

 IT IS SO ORDERED.

**Dated:    July 18, 2008**              _____/s/ Oliver W. Wanger_____
                                          UNITED STATES DISTRICT JUDGE